NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE R&R INVESTORS (UPA PARTNERSHIP), CURTIS HOGENSON, DIANE LARSON, EILEEN M. BERGER, and SHIRLEY J. ARVIDSON, PARTNERS,**

*Petitioners.*

---

Miscellaneous Docket No. 947

---

On Petition for Writ of Mandamus to the United States Court of Federal Claims in case no. 03-CV-2264, Judge Susan G. Braden.

---

## ON PETITION FOR WRIT OF MANDAMUS

---

### ORDER

R&R Investors et al. (R&R) submit a petition for a writ of mandamus directing the United States Court of Federal Claims to (1) vacate a stipulation of voluntary dismissal, (2) grant R&R's motion to vacate and for reconsideration, (3) rule on R&R's motion to substitute counsel, (4) rule on R&R's motion for leave to intervene, and (5) file R&R's notice of appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

The United States and A.F.T.E.R. Incorporated et al. are directed to respond to R&R's mandamus petition within 14 days of the date of filing of this order.

FOR THE COURT

JUL 2 1 2010

Date

/s/ Jan Horbaly

Jan Horbaly
Clerk

cc: Erick G. Kaardal, Esq.
Jeff H. Eckland, Esq.
Judge, Fed. Cl.
Clerk, Fed. Cl.

s17

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 2 1 2010

JAN HORBALY
CLERK